| | AUSA: | Kathryn Boyles | Telephone: (313) 226-9100 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: | Wayne Williams | Telephone: (313) 926-4700 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
v.

Israel RAMIREZ-ROMERO
aka Isais ORTIZ-RAMOS

Case No.  Case: 2:24−mj−30275
Assigned To : Unassigned
Assign. Date : 7/17/2024
Description: COMP USA V.
RAMIREZ−ROMERO (KB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 5, 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Reentry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about July 5, 2024, in the Eastern District of Michigan, Southern Division, Israel RAMIREZ-ROMERO, an alien who had previously been denied admission, excluded, deported, or removed from the United States on or about September 19, 2005 at Los Angeles, California, was thereafter found in the United States without the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

_Complainant's signature_

Wayne Williams, U.S. Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: __July 17, 2024__

_Judge's signature_

City and state: __Detroit, Michigan__    Hon. David R. Grand, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Wayne Williams, hereby declare the following under penalty of perjury:

1. I am a Border Patrol Agent employed with the United States Department of Homeland Security (DHS), United States Border Patrol (USBP). I have been employed in this capacity since April 2014. Currently, I am assigned to the Detroit Border Patrol Station.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Israel RAMIREZ-ROMERO, aka Isais ORTIZ-RAMOS, an alien who has previously been removed from the United States on or about September 19, 2005 at Los Angeles, California, and was thereafter found in the United States on or about July 5, 2024, without the express consent of the Attorney General of the United States or the Secretary of the U.S. Department of Homeland Security to re-apply for admission, all in violation of Title 8, United States Code, § 1326(a).

3. The facts set forth in this affidavit are based upon my personal knowledge, training and experience, information provided to me by other law enforcement officers to include U.S. Border Patrol Agents, and records checks of law enforcement databases. I have also reviewed records from the official immigration file and system automated data relating to RAMIREZ-ROMERO.

4. The information set forth in this affidavit is for the limited purpose of establishing probable cause and does not necessarily include all the information known to law enforcement related to this investigation.

## PROBABLE CAUSE

5. RAMIREZ-ROMERO is a thirty-five-year-old male, native and citizen of Guatemala who last entered the United States at or near an unknown place, on or about an unknown date without being inspected and admitted or paroled by an immigration officer.

6. On or about June 25, 2005, RAMIREZ-ROMERO was encountered by U.S. Border Patrol at or near Nogales, Arizona. RAMIREZ-ROMERO claimed Mexican citizenship and was voluntarily returned to Mexico the same date.

7. On or about August 15, 2005, U.S. Border Patrol apprehended RAMIREZ-

ROMERO at or near Nogales, Arizona. RAMIREZ-ROMERO claimed his name was Isais ORTIZ-RAMOS, and he provided a different date of birth.

8. On or about August 17, 2005, RAMIREZ-ROMERO was served with a Form I-860, Notice and Order of Expedited Removal.

9. On or about September 19, 2005, RAMIREZ-ROMERO was removed from the United States to Guatemala through Los Angeles, California under the name Isais ORTIZ-RAMOS.

10. On or about May 28, 2009, RAMIREZ-ROMERO was convicted of Giving False Name, Address or Birthdate to Law Enforcement Officer, in violation of GA Code § 16-10-25, in the Chamblee Municipal Court and sentenced to pay a $220.00 fine.

11. On or about May 18, 2013, RAMIREZ-ROMERO was arrested by the Dekalb Georgia County Sheriff's Office for three counts of Battery, in violation of GA Code § 16-5-23.1; two counts of Battery – Family Violence, in violation of GA Code § 16-5-23.1(f); one count of Disorderly Conduct, in violation of GA Code § 16-11-39; one count of Simple Battery, in violation of GA Code § 16-5-23; and one count of Battery Against a Female Who is Pregnant, in violation of GA Code § 16-5-23.1(h).

12. On July 12, 2019, the 23rd Judicial Circuit Court in Dekalb, Georgia convicted RAMIREZ-ROMERO for the offenses of Battery Against a Pregnant Female, in violation of GA Code § 16-5-23.1(h) and Disorderly Conduct, in violation of GA Code § 16-11-39. For these offenses, RAMIREZ-ROMERO was sentenced to 13 days in jail and 24 months of probation. A bench warrant was issued on March 3, 2020 for a probation violation and remains active for in-state pick-up.

13. On or about July 30, 2019, RAMIREZ-ROMERO was convicted of Driving Without a License, in violation of GA Code § 40-5-20, in the Brookhaven Municipal Court and sentenced to pay a $730.00 fine.

14. On or about October 11, 2020, RAMIREZ-ROMERO was arrested by the Waterford Michigan Police Department for Operating with a Blood Alcohol Content of .17% or More. The charges remain pending, and a bench warrant was issued after RAMIREZ-ROMERO failed to appear for a hearing.

15. On or about October 12, 2020, United States Immigration and Customs Enforcement (ICE) Deportation Officers arrested RAMIREZ-ROMERO in Waterford, Michigan on an Immigration Detainer. RAMIREZ-RAMOS was fingerprinted at the Detroit Field Office which revealed a match to Isais ORTIZ-RAMOS, aka Israel RAMIREZ-ROMERO, (Alien File xxx xxx 854), a previously removed alien. RAMIREZ-ROMERO was served with a Form I-871, Notice of Intent/Decision to Reinstate Prior Order.

16. On March 12, 2021, RAMIREZ-ROMERO was convicted for Unlawful Reentry Following Removal from the United States, in violation of Title 8, United States Code, Section 1326(a), in the U.S. District Court for the Eastern District of Michigan. He was sentenced to time served, which was a period of 113 days.

17. On or about April 16, 2021, RAMIREZ-ROMERO was removed from the United States to Guatemala through Alexandria, Louisiana.

18. On or about July 5, 2024, U.S. Border Patrol Agents encountered RAMIREZ-ROMERO near Chesterfield, Michigan following a request by local law enforcement to assist in the identification of a driver and three passengers at a vehicle stop. RAMIREZ-ROMERO was identified as one of the passengers in the vehicle and presented a Guatemalan identification card.

19. Upon arrival, U.S. Border Patrol Agents questioned RAMIREZ-ROMERO, who admitted that he was a citizen and national of Guatemala without proper immigration documents to allow him to enter or remain in the United States legally, and that he was not inspected and admitted or paroled by an immigration officer at a designated port-of-entry.

20. The same day, RAMIREZ-ROMERO was transported to the Detroit Border Patrol Station for further processing. RAMIREZ-ROMERO's fingerprints and photograph were captured and entered in the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that RAMIREZ-ROMERO is a native and citizen of Guatemala who was previously removed from the United States.

21. A review of immigration records for RAMIREZ-ROMERO and queries in the

U.S. Department of Homeland Security databases revealed that no records exist of RAMIREZ-ROMERO obtaining permission or consent from the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal to Guatemala on September 19, 2005.

22. U.S. Border Patrol served RAMIREZ-ROMERO with a Form I-871, Notice of Intent/Decision to Reinstate Prior Order. The aforementioned arrest and subsequent detention of RAMIREZ-ROMERO was an administrative non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States who is reasonably believed to be in violation of any law or regulation regulating the admission, expulsion, or removal of aliens.

## CONCLUSION

23. Based on the above information, I respectfully submit that there is probable cause to conclude that, on or about July 5, 2024, within the Eastern District of Michigan, Israel RAMIREZ-ROMERO, aka Isias ORTIZ-RAMOS, is an alien who, after having been removed from the United States on or about September 19, 2005 at Los Angeles, California, was thereafter found in the United States without having obtained the express consent or permission from the Attorney General of the United States or from the Secretary of the United States Department of Homeland Security to re-apply for admission to the United States, in violation of Title 8, United States Code, § 1326(a).

*Wayne Williams*
Wayne Williams, Border Patrol Agent
U.S. Border Patrol
U.S. Department of Homeland Security

Subscribed and sworn to before me in my presence and/or by reliable electronic means.

*David R. Grand*
Honorable David R. Grand
United States Magistrate Judge

Dated: July 17, 2024